No. 69–5003.  FURMAN *v.* GEORGIA;

No. 69–5030.  JACKSON *v.* GEORGIA; and

No. 69–5031.  BRANCH *v.* TEXAS, 408 U. S. 238.  Motion of Committee of State Chief Justices (retired) for leave to file a brief as *amicus curiae* in support of rehearing granted.  Petitions for rehearing denied.

No. 70–5039.  FUENTES *v.* SHEVIN, ATTORNEY GENERAL OF FLORIDA, ET AL., 407 U. S. 67.  Motion of National Consumer Law Center, Inc., for leave to file a brief as *amicus curiae* in opposition to petitions for rehearing denied.  Petitions for rehearing denied.  MR. JUSTICE POWELL and MR. JUSTICE REHNQUIST took no part in the consideration or decision of these petitions and this motion.

No. 70–5138.  PARHAM ET AL. *v.* CORTESE ET AL., 407 U. S. 67.  Petition for rehearing denied.  MR. JUSTICE POWELL and MR. JUSTICE REHNQUIST took no part in the consideration or decision of this petition.

No. 71–315.  DEEPSOUTH PACKING CO., INC. *v.* LAITRAM CORP., 406 U. S. 518.  Motion for leave to supplement petition for rehearing granted.  Petition for rehearing denied.

No. 71–573.  LAIRD, SECRETARY OF DEFENSE, ET AL. *v.* NELMS ET AL., 406 U. S. 797.  Petition for rehearing denied.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.

No. 71–1017.  GRAVEL *v.* UNITED STATES; and

No. 71–1026.  UNITED STATES *v.* GRAVEL, 408 U. S. 606.  Motion to recuse, presented to MR. JUSTICE REHNQUIST, by him denied.  Petition for rehearing denied.

No. 71–1169.  MOBIL OIL CORP. *v.* MATZEN ET AL.  Petition for rehearing denied.  MR. JUSTICE STEWART and MR. JUSTICE POWELL took no part in the consideration or decision of this petition.